BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00020 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: April 4, 2016 |
| ROBERT CALDERON, | TIME: 1:30 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of April 4, 2016, be vacated and continued for further hearing to May 16, 2016, at 1:30 p.m. for a status conference regarding Rule 20 proceedings.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento.

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through

the date of the hearing set for May 16, 2016, pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

   IT IS SO STIPULATED.

Dated:  March 31, 2016                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                 /s/ VINCENZA RABENN
                                                VINCENZA RABENN
                                                Assistant United States Attorney


Dated:  March 31, 2016                           /s/ DAVID DRATMAN
                                                DAVID DRATMAN
                                                Counsel for Defendant
                                                ROBERT CALDERON


## FINDINGS AND ORDER

   IT IS SO FOUND AND ORDERED that the Status Conference re Rule 20 Transfer is continued from April 4, 2016 to May 16, 2016 at 1:30PM before Judge McAuliffe in Courtroom 8.  Time is excluded pursuant to 18 USC 3161 (h)(**7**)(A) and 3161 (h)(**7**)(B)(1).
IT IS SO ORDERED.

   Dated:  **March 31, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE