PHILLIP A. TALBERT
Acting United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>              v.<br><br>ROBERT CALDERON,<br><br>                            Defendant. | CASE NO. 1:16-MJ-00020-SKO<br><br>STIPULATION AND ORDER<br><br>DATE: May 16, 2016<br>TIME: 1:30 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of May 16, 2016, be vacated and continued for further hearing to June 27, 2016, 2016, at 1:30 p.m. for a status conference regarding Rule 20 proceedings.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so.  Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case.  That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento.

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through

the date of the hearing set for June 27, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

     IT IS SO STIPULATED.

Dated:  May 13, 2016　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　 /s/ VINCENZA RABENN
　　　　　　　　　　　　　　　　　　　　　VINCENZA RABENN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  May 13, 2016　　　　　　　　　　　 /s/ DAVID DRATMAN
　　　　　　　　　　　　　　　　　　　　　DAVID DRATMAN
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　ROBERT CALDERON

### FINDINGS AND ORDER

IT IS SO ORDERED that the 1st Status Conference re Rule 20 Transfer as to Robert Calderon is continued from May 16, 2016 at 1:30PM before Judge McAuliffe to June 27, 2016 at 2:00 PM before Judge Boone.  Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(i).

IT IS SO ORDERED.

    Dated:  **May 13, 2016**　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE