# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT CALDERON,<br><br>  Defendant. | Case No. 1:16-mj-00020-SKO<br><br>ORDER DENYING PARTIES' STIPULATION TO VACATE AUGUST 29, 2016 HEARING AND CONTINUE THE HEARING TO NOVEMBER 14, 2016<br><br>(ECF No. 12) |

On February 17, 2016, Defendant had an initial appearance regarding an out of district warrant and indictment. (ECF No. 2.) At the February 17, 2016 hearing, a status conference regarding Rule 20 proceedings was set for April 4, 2016. (ECF No. 2.) The hearing was continued several times, and most recently continued to August 29, 2016. (ECF No. 11.) On August 26, 2016, the parties filed a stipulation to vacate the August 29, 2016 hearing and continue the hearing to November 14, 2016. (ECF No. 12.) Accordingly, IT IS HEREBY ORDERED that the stipulation is denied due to a lack of good cause since Defendant originally made his appearance in this district in February and the stipulation was submitted on the eve of the hearing. The hearing remains on calendar for August 29, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __August 26, 2016__

UNITED STATES MAGISTRATE JUDGE

1