PHILLIP A. TALBERT
Acting United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00020-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| ROBERT CALDERON, | |
| Defendant. | |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of August 29, 2016, be vacated and continued for further hearing to November 14, 2016, at 2:00 p.m. for a status conference regarding Rule 20 proceedings.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento, but negotiations are ongoing. Additionally, in early August 2016, counsel for the defense was provided with over 3,000 pages of encrypted written discovery and other native materials; and, defense counsel

1  requires additional time to access and review the files.

2        To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete
3  a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through
4  the date of the hearing set for August 29, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. §
5  3161(h)(7)(B)(i).

6        IT IS SO STIPULATED.

Dated: August 29, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: August 29, 2016

/s/ DAVID DRATMAN
DAVID DRATMAN
Counsel for Defendant
ROBERT CALDERON

IT IS SO ORDERED.

Dated: **August 29, 2016**

UNITED STATES MAGISTRATE JUDGE