PHILLIP A. TALBERT
Acting United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00020-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: November 14, 2016 |
| ROBERT CALDERON, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of November 14, 2016 be vacated and continued for further hearing to January 30, 2017, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto for a status conference regarding Rule 20 proceedings.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento.

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete

a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for January 30, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

     IT IS SO STIPULATED.

Dated:  November 9, 2016           PHILLIP A. TALBERT
                                                           Acting United States Attorney

                                                           /s/ VINCENZA RABENN
                                                           VINCENZA RABENN
                                                           Assistant United States Attorney

Dated:  November 9, 2016           /s/ DAVID DRATMAN
                                                           DAVID DRATMAN
                                                           Counsel for Defendant
                                                           ROBERT CALDERON

**FINDINGS AND ORDER**

IT IS SO ORDERED.

     Dated:  **November 10, 2016**           /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE