PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CALDERON,<br><br>Defendant. | CASE NO. 1:16-MJ-00020-SKO<br><br>STIPULATION AND ORDER<br><br>DATE: January 30, 2017<br>TIME: 1:30 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of January 30, 2017 be vacated and continued for further hearing to March 20, 2017, at 2:00 p.m. for a status conference regarding Rule 20 proceedings.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento. Additionally, counsel for the defense has received several hundred pages of discovery and requires additional time to review that discovery and communicate with the Assistant U.S. Attorney in Missouri.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for March 20, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO STIPULATED.

Dated:  January 25, 2017 PHILLIP A. TALBERT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated:  January 25, 2017 /s/ DAVID DRATMAN
DAVID DRATMAN
Counsel for Defendant
ROBERT CALDERON

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **January 25, 2017** */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2