PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00020-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: March 20, 2017 |
| ROBERT CALDERON, | TIME: 1:30 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of March 20, 2017 be vacated and continued for further hearing to April 24, 2017, at 2:00 p.m. for a status conference regarding Rule 20 proceedings.

This continuance is being requested to provide additional time for the parties to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento. Additionally, counsel for the defense requires additional time to review discovery and negotiate sentencing with the Assistant U.S. Attorney in Missouri.

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete a plea agreement and sentencing, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for April 24, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO STIPULATED.

Dated:  March 16, 2017                     PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ VINCENZA RABENN
                                           VINCENZA RABENN
                                           Assistant United States Attorney

Dated:  March 16, 2017                     /s/ DAVID DRATMAN
                                           DAVID DRATMAN
                                           Counsel for Defendant
                                           ROBERT CALDERON

**ORDER**

IT IS SO ORDERED.

Dated:  **March 17, 2017**                 /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE