PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00020-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: June 26, 2017 |
| ROBERT CALDERON, | TIME: 1:30 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of June 26, 2017, be vacated and continued for further hearing to August 28, 2017, at 1:30 p.m. for a status conference regarding Rule 20 proceedings.

The parties request this continuance to continue to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. Furthermore, on June 19, 2017, Mr. Dratman provided the United States with email content between him and that Assistant U.S. Attorney regarding the status of reciprocal discovery, and other facts bearing on her disposition of the case. Mr. Dratman requires additional time to both provide additional reciprocal discovery, and to seek and to review additional discovery, and to negotiate a disposition of

this case with the Assistant U.S. Attorney in Missouri.  That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento.

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for June 26, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO STIPULATED.

Dated:  June 20, 2017                                       PHILLIP A. TALBERT
                                                            United States Attorney


                                                            /s/ VINCENZA RABENN
                                                            VINCENZA RABENN
                                                            Assistant United States Attorney


Dated:  June 20, 2017                                       /s/ DAVID DRATMAN
                                                            DAVID DRATMAN
                                                            Counsel for Defendant
                                                            ROBERT CALDERON

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the Status Conference is continued from June 26, 2017 to Duty Calendar of **August 28, 2017 at 2:00PM** before Judge Grosjean in courtroom 10.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO ORDERED.

Dated:  **June 20, 2017**                                   /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE