PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00020-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: August 28, 2017<br>TIME: 1:00 p.m.<br>COURT: Hon. Erica P. Grosjean |
| ROBERT CALDERON, | |
| Defendant. | |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of August 28, 2017, be vacated and continued for further hearing to November 13, 2017, at 1:00 p.m. for a status conference regarding Rule 20 proceedings.

The parties request this continuance to continue to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. Furthermore, in the last week, Mr. Dratman proposed a September 2017 date for an in-person meeting in Missouri with the Assistant U.S. Attorney in that district regarding the status of reciprocal discovery, and other facts bearing on her disposition of the case. Mr. Dratman requires additional time to both provide reciprocal discovery and to seek and to review additional discovery and to negotiate a

disposition of this case with the Assistant U.S. Attorney in Missouri. That Assistant U.S. Attorney is willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento.

To afford time to complete the necessary Rule 20 authorizations, review evidence, and complete a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for November 13, 2017, at 1 p.m. pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO STIPULATED.

Dated: August 24, 2017                PHILLIP A. TALBERT
                                      United States Attorney


                                      /s/ VINCENZA RABENN
                                      VINCENZA RABENN
                                      Assistant United States Attorney


Dated: August 24, 2017                /s/ DAVID DRATMAN
                                      DAVID DRATMAN
                                      Counsel for Defendant
                                      ROBERT CALDERON

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the Rule 20 Status Conference is continued from August 28, 2017 before Judge Grosjean to November 13, 2017 at 2:00PM before Judge Oberto Duty calendar. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO ORDERED.

Dated:  **August 24, 2017**           /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE