McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>ROBERT CALDERON,<br><br>               Defendant. | CASE NO. 1:16-MJ-00020-SKO<br><br>STIPULATION AND ORDER<br><br>DATE: January 16, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of January 16, 2018, be vacated and continued for further hearing to March 26, 2018, at 2:00 p.m. for a status conference regarding Rule 20 proceedings.

The parties request this continuance to continue to discuss the possibility of a Rule 20 transfer to Sacramento, and for the government to obtain the necessary authorization to do so. Prosecutors in this district have spoken with the Assistant U.S. Attorney in Missouri who is prosecuting the case. Furthermore, since the last request for a continuance, counsel for Mr. Calderon and the Missouri Assistant U.S. Attorney have agreed to a disposition of the case. Mr. Calderon requires additional time to both provide reciprocal discovery and to seek and to review additional discovery and to negotiate the final details of this case with the Assistant U.S. Attorney in Missouri. That Assistant U.S. Attorney is

1

willing to reach a plea agreement and arrange for transfer of the case under Rule 20 for plea and sentencing in Sacramento.

To afford time to determine the final status of the Rule 20 proceedings, review evidence, and complete a plea agreement, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for March 26, 2018, pursuant to pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i).


IT IS SO STIPULATED.


Dated: January 11, 2018                                    MCGREGOR W. SCOTT
                                                           United States Attorney


                                                           /s/ VINCENZA RABENN
                                                           VINCENZA RABENN
                                                           Assistant United States Attorney


Dated: January 11, 2018                                    /s/ DAVID DRATMAN
                                                           DAVID DRATMAN
                                                           Counsel for Defendant
                                                           ROBERT CALDERON

**ORDER**


IT IS SO ORDERED.

Dated:  **January 11, 2018**                     _/s/ Sheila K. Oberto_
                                                 UNITED STATES MAGISTRATE JUDGE