McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CALDERON,<br><br>Defendant. | CASE NO. 1:16-MJ-00020-SKO<br><br>STIPULATION AND ORDER<br><br>DATE: March 26, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of March 26, 2018, be vacated and continued to May 29, 2018 at 2:00 p.m. to permit Mr. Calderon to appear in the courtroom of the Honorable Rodney W. Sippel, Chief, United States District Judge, 111 S. 10th Street, Courtroom 16S, St. Louis, Missouri on a date prior to May 29, 2018 to be selected in accordance with the schedules of Chief Judge Sippel, Assistant United States Attorney Jeannette S. Gravis and the defendant.

The parties request this continuance to allow the defendant to appear in the Eastern District of Missouri and to terminate Rule 20 proceedings in the Eastern District of California. The parties agree to file a document notifying this Court that the defendant has appeared in the Eastern District of Missouri and that this matter may be closed without an appearance on May 29, 2018.

1

To afford time to permit the defendant to appear in the Eastern District of Missouri, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for May 29, 2018, pursuant to 18 U.S.C. § 3161(h)(1)(E) [pending removal or transfer to other district] (Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO STIPULATED.

Dated: March 23, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: March 23, 2018     /s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
ROBERT CALDERON

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED THAT defendant Robert Calderon's Status Conference hearing of March 26, 2018, be vacated and continued to May 29, 2018 at 2:00 p.m. before Judge McAuliffe. Time excluded March 26, 2018 to May 29, 2018 pursuant to 18 U.S.C. § 3161(h)(1)(E) [pending removal or transfer to other district] (Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: **March 23, 2018**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE