McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CALDERON,<br><br>Defendant. | CASE NO. 1:16-MJ-00020-SKO<br><br>STIPULATION TO TERMINATE RULE 20 PROCEEDINGS, VACATE HEARING DATE AND ORDER<br><br>DATE: May 29, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

It is hereby stipulated and agreed to between the United States of America through VINCENZA RABENN, Assistant U.S. Attorney, and defendant, ROBERT CALDERON, by and through his counsel, DAVID W. DRATMAN, that the hearing of May 29, 2018 at 2:00 p.m. be vacated; and, that Rule 20 proceedings in this Court be terminated as Mr. Calderon appeared in the courtroom of the Honorable Rodney W. Sippel, Chief, United States District Judge, 111 S. 10th Street, Courtroom 16S, St. Louis, Missouri on May 2, 2018.

IT IS SO STIPULATED.

Dated: May 11, 2018                    McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ VINCENZA RABENN
                                       VINCENZA RABENN
                                       Assistant United States Attorney

1

| | | |
|---|---|---|
| Dated: May 11, 2018 | | /s/ DAVID W. DRATMAN |
| | | DAVID W. DRATMAN |
| | | Counsel for Defendant |
| | | ROBERT CALDERON |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that the hearing of May 29, 2018 at 2:00 p.m. be vacated. Rule 20 proceedings in this Court are terminated and case is dismissed. The Clerk of the court is ordered to close this case.

IT IS SO ORDERED.

Dated: **May 24, 2018**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE